IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hope Carter, | NO. C 07-00570 JW |
|       Plaintiff, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Elke Houser, et al., | |
|       Defendants. | |

A case management conference was scheduled in the above matter for May 14, 2007 at 10:00 AM. Plaintiff indicates in her case management statement that she has yet to serve Defendants. (See Docket Item No. 3.) Plaintiff, however, is still within her 120-day time limit to do so. Accordingly, the case management conference is rescheduled to **June 4, 2007, at 10:00AM.** The parties shall file a joint case management statement in accordance with the local rules.

Dated: May 9, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jim King jimkinglaw@cruzio.com

Jim King
Law Offices of Jim King
1011 Center Street
Santa Cruz, CA 95060

| | |
|---|---|
| **Dated:  May 9, 2007** | **Richard W. Wieking, Clerk** |
| | **By: /s/JW Chambers**<br>       **Elizabeth Garcia**<br>       **Courtroom Deputy** |