IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hope Carter, | NO. C 07-00570 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
| v. | |
| Elke Houser, et al., | |
| Defendants. | |

Upon the filing of this case on January 29, 2007, a case management conference was scheduled for May 14, 2007. On May 9, 2007, the Court continued the initial case management conference because Plaintiff indicated in her statement that she has yet to serve Defendants. (See Docket Item Nos. 3 & 4.) At that time, Plaintiff was still within her 120-day time period to serve. The Court continued the case management conference to June 4, 2007.

To date, the docket reflects that Plaintiff has still not served any of the Defendants. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the deadline for Plaintiff's service of her Summons and Complaint was May 29, 2007.

The Court hereby orders Plaintiff to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **June 18, 2007 at 9:00 a.m.** to show cause, if any, by actual appearance in Court, *and* by certification filed with the Court at least ten (10) days prior to appearance date, **June 8, 2007**, why this case should not be dismissed for failure to comply with Rule 4(m). The certificate shall set forth in factual summary the reason no service has been made and what steps Plaintiff is taking to pursue the action, its present status and the expected future

course of the action.  ***If Plaintiff fails to file the certification, the hearing will be vacated automatically and the case will be dismissed.***

Additionally, failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  May 31, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jim King jimkinglaw@cruzio.com

**Dated: May 31, 2007**                                **Richard W. Wieking, Clerk**

                                                       By: /s/JW Chambers
                                                           Elizabeth Garcia
                                                           Courtroom Deputy