IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hope Carter, | NO. C 07-00570 JW |
|     Plaintiff,<br>v.<br>Elke Houser, et al.,<br>    Defendants. | **ORDER VACATING OSC RE: DISMISSAL; SETTING CASE MANAGEMENT CONFERENCE** |

In light of Plaintiff's filing of certification regarding the Court's Order to Show Cause Re: Dismissal (see Docket Item No. 9) and Defendant's filing of the Answer (see Docket Item No. 10), the Court VACATES the hearing on the OSC Re: Dismissal presently scheduled for June 18, 2007. The Court sets a case management conference for **June 25, 2007 at 10 A.M.** The parties shall meet and confer and file a joint case management statement ten (10) days before the date of the conference. The statement shall have proposed dates for close of all discovery in the case.

Dated:  June 12, 2007

                                                  JAMES WARE<br>
                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jim King jimkinglaw@cruzio.com
Jason Michael Heath, Jason.Heath@co.santa-cruz.ca.us

**Dated:  June 12, 2007**                                    **Richard W. Wieking, Clerk**

                                                             **By: /s/JW Chambers                    **
                                                                   **Elizabeth Garcia**
                                                                   **Courtroom Deputy**