| | |
|---|---|
| DANA McRAE, State Bar No. 142231<br>County Counsel, County of Santa Cruz<br>JASON HEATH, State Bar No. 180501<br>Assistant County Counsel<br>701 Ocean Street, Room 505<br>Santa Cruz, California 95060<br>Telephone: (831) 454-2049<br>Fax: (831) 454-2115<br><br>**Attorneys for Defendants County of Santa Cruz,<br>Elke Hams Houser, and Ray Dalbesio** | *GRANTED*<br>*Judge James Ware*<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>12/20/2007 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HOPE KATHLEEN CARTER,<br><br>   Plaintiff,<br><br>v.<br><br>ELKE HAMS HOUSER, et al. PHOEBE LOMASNEY, RAY DALBESIO, STEVE ROBBINS, Sheriff, County of Santa Cruz, RAMA KHALSA, Director, Health Services Agency, County of Santa Cruz, and the COUNTY OF SANTA CRUZ,<br><br>   Defendants. | Case No. C07 00570 JW HRL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS STEVE ROBBINS AND RAMA KHALSA (FRCP 41(a)(1)(ii))** |

## **STIPULATION**

Plaintiff Hope Carter hereby dismisses with prejudice this entire action, including all claims therein, as to defendants Steve Robbins and Rama Khalsa only. These parties are responsible for their own attorney fees and costs resulting from this litigation.

Dated: December 7, 2007        LAW OFFICES OF JIM KING


By:  \s\ JIM KING_____
     JIM KING
     **Attorney for Plaintiff Hope Carter**

| | |
|---|---|
| Dated: November 14, 2007 | DANA McRAE, COUNTY COUNSEL |
| | By: JASON M. HEATH |
| | JASON M. HEATH |
| | Assistant County Counsel |
| | **Attorneys for Defendants County of Santa Cruz, Elke Hams Houser, and Ray Dalbesio** |